Andrew Bates, OSB #781342
1001 Fifth Avenue
Suite 1400
Portland, Oregon  97204

ATTORNEY FOR DEFENDANT MICHAEL FREEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **No. 3:12-cr-00512 KI** |
| Plaintiff, | ) | |
| | ) | **SUPPLEMENTAL** |
| vs. | ) | **SENTENCING LETTERS** |
| | ) | |
| MICHAEL FREEMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Michael Freeman submits the attached supplemental sentencing letters for the Court's consideration:

DATED this 2nd day of December, 2013

Respectfully Submitted,

 */s/ Andrew Bates*
Andrew Bates
Attorney for Defendant Michael Freeman

Christopher David
1155 Market St. NE
Salem, Oregon 97301

November 26th, 2013

The Honorable Gar King
c/o Andrew Bates
1001 SW 5th Ave. Suite 1400
Portland, OR 97204

To the honorable Gar King,

I am writing in regards to my friend Michael S. Freeman.

Michael has committed a horrible crime that has affected many lives beyond that of his own, his wife's and his children's. I do not deny that and I do not make any excuse for the choices Michael made.

I wanted to share with you my own part of the story. Michael and I became friends during the year 2000 while attending the same church. Michael had agreed to help me change the transmission in my truck, and we found that we had many common interests while we worked together on the truck; a job that ended up taking not just all day, but well into the early morning. Michael was never an overly friendly person, (in fact, he was quite gruff), but he cared about helping people and was intentional in caring for those that he was close with. Michael was loyal to my family and I for many years. He accepted my mechanical ineptitude and was always faithful to assist me in keeping my cars running.  Michael and I enjoyed hunting and camping together, and Michael was the kind of guy that I had 100% confidence would care for, or defend, me if something ever happened while in the wilderness. I can say honestly that Michael was like a brother to me.

Around the summer of 2009, Michael's life began to fall apart. As you likely know, he lost his best friend, and his mother and grandmother (the only parents he had ever known) within a space of roughly 2 years. Michael has struggled with depression for as long as I have known him; however, prior to this time he had been open to my input and support. For many years prior to 2010, I believe that Michael desired to be a man of God and a good father. We would discuss God, faith, and parenting on a regular basis and I saw him growing and truly trying to love his family despite the way that he had been raised.

Although Michael struggled to maintain his duties as a father (he had struggled with unemployment for many years, yet maintained a job throughout this time), he began to slide deeper into his depression and our friendship became strained to the point that we rarely spoke. In the spring of 2012, I had made the decision to cut off my friendship with Michael. However, about that time he and I took a short road trip together and I really felt throughout that trip that God wanted me to remain his friend. That was the last time we spoke prior to his arrest.

Here is the point of my story: As my family and I endured the shock, hurt, and concern for our own children, I knew that God wanted me to remain a friend to Michael, despite my revulsion to his behaviors. I processed all of that rage, disgust, and offense through the lens that God still loves Michael, and that Michael is still a human being and worthy of my friendship. Although this decision was personally difficult, I intend to support Michael in any appropriate way that I can; at this point that includes advocating for him and being available via written communication.

I am not naïve when it comes to working with sexual offenders; I have worked professionally, as a behavior specialist, with both victims and perpetrators for 13 years. I believe that this experience has forced Michael to confront his "personal demons." It was tragic that his children had to suffer before he got help, but I believe Michael when he says that he wants an opportunity to be a better man to his wife and children. I also believe that Michael's crime deserves punishment. I would ask that you consider Michael's request in your sentencing and leave him a short time at the end of his life to attempt reconciliation with his then adult children.

Thank you for your time and consideration Your Honor,

Christopher David

Timothy Freeman
408 W. Scenic Dr.
Perryville, AR 72126

Honorable Judge King,

I am Michael Freeman's father. I lost contact with Michael after my divorce with his mother until very recently. Michael has told me he has had a difficult time growing up. He wants to make amends to his family and be a better person.

I do not think he or society will benefit from lengthy incarceration with violent offenders. I would suggest a psychiatric facility where he can receive the psychiatric care he needs.

Thank you,

Timothy Freeman

*[signature]*