Andrew Bates, OSB #78345  
1000 S.W. Morrison Street  
Suite 1400  
Portland, Oregon  97204

FILED25 NOV '13 11:04USDC-ORP

ATTORNEY FOR DEFENDANT MICHAEL FREEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 3:12-CR-00512-KI |
| vs. | ) ) ) ) ) ) ) ) ) | DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO SEAL DEFENDANT'S SENTENCING EXHIBIT |
| MICHAEL FREEMAN, Defendant. | ) ) ) | |

COMES NOW Michael Freeman, by and through his attorney Andrew Bates, and hereby makes the following declaration in support of his MOTION TO SEAL DEFENDANT'S SENTENCING EXHIBIT:

Defendant Freeman is to be sentenced by the court on December 4, 2013. A psychosexual evaluation report prepared by Dr. Keith Linn is the defendant's sentencing exhibit to be sealed. The report contains sensitive information regarding Mr. Freeman's background as well as confidential test results and analysis and should not be part of the public record. Copies of this report have been provided to both the United States Attorney's office and Probation

*Declaration of Counsel in Support of Motion to Seal*

department prior to preparation of the presentence report.

DATED this 25th day of November, 2013.

                                                      Andrew Bates
                                                     Attorney for Defendant

Case 3:12-cr-00512-KI    Document 49    Filed 11/25/13    Page 2 of 2

Declaration of Counsel in Support of Motion to Seal